UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANLIN YU,<br><br>                Petitioner,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>                Respondents. | Case No.:  26cv4036-LL-VET<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[ECF No. 1] |

Before the Court is pro se Petitioner Ganlin Yu's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed on July 13, 2026. ECF No. 1 ("Pet."). Upon review, the Court notes that Petitioner filed a prior section 2241 petition in case number 26cv3452-LL-VET seeking the same relief for prolonged detention.

In the prior petition, the Court found her petition to be premature and denied it on June 25, 2026 without prejudice. As it has been less than one month since her previous petition was denied, and Petitioner has not alleged any changed circumstances or that there is no likelihood of her removal in the reasonably foreseeable future, the Court finds Petitioner provides no new grounds for relief that were not raised in the prior petition. A habeas petition is subject to summary dismissal when it is repetitive or duplicative. Therefore, the Court **DISMISSES without prejudice** the Petition as repetitive. *See e.g.,*

*Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at \*2 (W.D. Wash. Aug. 21, 2023). The Court also **TERMINATES AS MOOT** the Motion for Leave to Proceed In Forma Pauperis and the Motion to Appoint Counsel. ECF Nos. 2, 3.

The Clerk of Court shall enter judgment dismissing this matter without prejudice and close the case.

**IT IS SO ORDERED.**

Dated:  July 17, 2026

_____

Honorable Linda Lopez
United States District Judge

26cv4036-LL-VET